# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **DEBORAH LAUFER,** | : |
| **Plaintiff,** | : **NOTICE OF VOLUNTARY** |
| v. | : **DISMISSAL WITH PREJUDICE** |
| **RADHA KRISHNA, LLC** | : **Case No. LLC: 20-cv-351** |
| **Defendant.** | : |

The Plaintiff, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby dismisses Plaintiff's claims in this action against Defendant, **RADHA KRISHNA, LLC**, WITH PREJUDICE.

Dated: November 1, 2021

Respectfully submitted,

/s/ Daniel G. Ruggiero, Esq.
_____
Daniel Goldsmith Ruggiero
275 Grove Street, Suite 2-400
Newton, MA 02466
Druggieroesq@gmail.com
(339) 237-0343 (phone)
(339) 707-2808 (fax)